NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARIO JUAREZ and WHITNEY JUAREZ, )
individually; WHITNEY JUAREZ, as parent )
and natural guardian of Marley Juarez, a )
minor; and WHITNEY JUAREZ, as parent )
and natural guardian of Landon Juarez, a )
minor, )
           )
           Appellants/Cross-Appellees, )
           )
v. )       Case No. 2D18-557
           )
TERI L. ST. HILAIRE as personal )
representative of the Estate of Norman G. )
Graf, deceased; and GROW FINANCIAL )
FEDERAL CREDIT UNION, )
           )
           Appellees. )
_____ )
           )
RS&H, INC., a Florida corporation, as )
successor in interest to Reynolds, Smith, )
and Hills, a Florida corporation, )
           )
           Appellee/Cross-Appellant. )
_____ )

Opinion filed November 14, 2018

Appeal from the Circuit Court for Pinellas
County; Patricia A. Muscarella, Judge.

R. Stanley Gipe of Papa & Gipe, P.A.,
Clearwater, for Appellants/Cross-Appellees.

G. Kenneth Norrie and E. Carson Lange of
Rogers Towers, P.A., Jacksonville, for
Appellee/Cross-Appellant RS&H, Inc.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.